UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRELL EDWARD JONES,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS et al.,

Defendant.

CASE NO. C14-5557 RBL-JRC

ORDER TRANSFERRING THIS ACTION TO THE EASTERN DISTRICT

The District Court has referred this 42 U.S.C. § 1983 civil rights matter to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

Plaintiff filed this action alleging that he was assaulted by corrections officers at the Washington State Penitentiary, which is located in Walla Walla Washington. Walla Walla is in the jurisdiction of the United States District Court for the Eastern District of Washington (Dkt. 1 (proposed complaint)). The Court reviewed the complaint on screening while considering plaintiff's application to proceed in forma pauperis status.

The Court orders that this case be transferred to the United States District Court for the Eastern District of Washington where venue is proper. The Court has not granted plaintiff in forma pauperis status. The Clerk's Office is directed to transfer this matter to the Eastern District fourteen days after entry of this order and close the file. *See*, Local Rule 3(h).

Dated this 24th day of July, 2014.

J. Richard Creatura
United States Magistrate Judge