UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRELL EDWARD JONES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JUSTIN M. RILEY, ADAM P.<br>WESTERBUR, JOSE S. AQUIAR,<br>BRIAN GOODWIN, SALVADOR LUGO,<br>JON BENNETT, and ALENA L.<br>MONTOYA,<br><br>　　　　　Defendants. | No. 4:14-CV-05085-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS** |

Before the Court is Magistrate Judge John T. Rodger's Report and Recommendation to Dismiss, ECF No. 85. The parties have reached an agreement to dismiss this case and all its claims with prejudice and without an award of fees or costs. ECF No. 83. The Court hereby **adopts** Judge Rodger's Report and Recommendation in its entirety.

//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodger's Report and Recommendation to Dismiss, ECF No. 85, in its entirety.

2. The parties' Stipulated Motion to Dismiss, ECF No. 83, is **GRANTED.** The Court makes no award of costs or attorneys' fees.

3. Plaintiff's Motion for Summary Judgment, ECF No. 70, is **DISMISSED AS MOOT.**

4. Defendants' Motion for Summary Judgment, ECF No. 78, is **DISMISSED AS MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and forward a copy to Petitioner and counsel. The District Court Executive shall **close** this case.

**DATED** this 26th day of January, 2016.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 2**